| | |
|---|---|
| LAW OFFICE OF THOMAS R. KAYES, LLC<br>THOMAS R. KAYES, SBN 327020<br>  tom@kayes.law<br>2045 W. Grand Ave., Suite B<br>PMB 62448<br>Chicago, IL 60612<br>Telephone:  708.722.2241<br><br>Attorney for Plaintiff Edmond Mesachi | GIBSON, DUNN & CRUTCHER LLP<br>THEANE D. EVANGELIS, SBN 243570<br>  tevangelis@gibsondunn.com<br>DHANANJAY S. MANTHRIPRAGADA, SBN 254433<br>  dmanthripragada@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:  213.229.7000<br>Facsimile:  213.229.7520<br><br>Attorneys for Defendant POSTMATES INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND MESACHI,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>POSTMATES INC.,<br><br>　　　　　　　Defendant. | Case No. 4:20-CV-03046-PJH<br><br>**JOINT STIPULATED REQUEST FOR ORDER EXTENDING TIME TO FILE ADR CERTIFICATIONS**<br><br>Honorable Phyllis J. Hamilton<br><br>Action Filed:    May 4, 2020 |

# **STIPULATION**

Pursuant to Civil Local Rule 6-2, Edmond Mesachi ("Plaintiff") and Postmates Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed his Complaint against Postmates on May 4, 2020 (Dkt. 1);

WHEREAS, on May 26, 2020, the Parties stipulated under Civil Local Rule 6-1(a) that Defendant may have up to and including June 10, 2020, to respond to the Complaint (Dkt. 12);

WHEREAS, on June 10, 2020, the Parties stipulated under Civil Local Rule 6-1(a) that Defendant may have up to and including July 10, 2020, to respond to the Complaint (Dkt. 16);

WHEREAS, on July 8, 2020, the Parties stipulated under Civil Local Rule 6-1(a) that Defendant may have up to and including August 10, 2020, to respond to the Complaint (Dkt. 17);

WHEREAS, the Parties have agreed to submit this case to arbitration, have submitted this case to arbitration, and are now waiting for the arbitration provider to proceed to the point of invoicing the parties for their respective initial fees;

WHEREAS, the Parties have agreed that once the arbitration provider has sent those invoices, this case will be dismissed under Rule 41(a)(1)(A)(i);

WHEREAS, there is nothing further the arbitration provider needs from the Parties before it issues invoices;

WHEREAS, the Parties expect the arbitration provider to issue invoices shorty;

NOW THEREFORE, the Parties request that the Court extend their deadline to file their respective "ADR Certification by Parties and Counsel" form from July 30, 2020 to August 31, 2020 with the expectation that the case will be dismissed by that time.

**IT IS SO STIPULATED.**

1  Dated: July 30, 2020                    GIBSON, DUNN & CRUTCHER LLP
2
3                                          By:      */s/ Dhananjay Manthripragada*
4                                                   Dhananjay Manthripragada
                                               Attorneys for Defendant Postmates Inc.
5
6
   Dated: July 30, 2020                    LAW OFFICE OF THOMAS R. KAYES, LLC
7
8
                                           By:      */s/ Thomas Kayes*
9                                                   Thomas Kayes
                                               Attorney for Plaintiff Edmond Mesachi
10

**ECF ATTESTATION**

I, Thomas Kayes, hereby attest that concurrence in the filing of this document has been obtained from Dhananjay Manthripragada, and that this document was served by electronic filing on July 30, 2020, on all counsel of record.

DATED: July 30, 2020                By:      */s/ Thomas Kayes*
                                                        Thomas Kayes