Thomas R. Kayes (Cal. Bar. No. 327020)
tom@kayes.law
LAW OFFICE OF THOMAS R. KAYES, LLC
2045 W Grand Ave, Ste B, PMB 62448
Chicago, IL 60612
tel: 708.722.2241

*Attorney for Plaintiff Mesachi*

**United States District Court**
**for the Northern District of California**
**San Francisco Division**

| | |
|---|---|
| Edmond Mesachi, | Case No. 20-cv-3046-PJH |
| Plaintiff, | **Notice of Dismissal** |
| v. | |
| Postmates Inc., | |
| Defendant. | |

    Plaintiff Edmond Mesachi gives notice of dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The rule provides that a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment … ." Postmates has filed neither an answer nor a motion for summary judgment. Under Rule 41(a)(1)(B)

    //

    //

NOT. OF DISMISSAL - 1

this notice operates as a dismissal without prejudice.

Dated: August 7, 2020.                          Respectfully submitted,

/s/ Thomas R. Kayes
Attorney for Plaintiff Mesachi

NOT. OF DISMISSAL - 2